Jim F. BLACKWELL, Plaintiff–Appellant,

v.

OVERTON BROOKS MEDICAL CENTER; Adetokunbo Desilu; George M. Moore, Jr.; Staff of Veterans Administration Medical Center; Karen Munn; Dale E. Robinson; Bill Callahan, Defendants–Appellees.

No. 05–30486.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided March 20, 2006.

Jim F. Blackwell, Haughton, LA, pro se.

John A. Broadwell, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Defendants–Appellees.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Jim F. Blackwell appeals the dismissal of his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). The district court noted that the instant complaint was the sixth complaint Blackwell has filed in relation to claims that the defendants have refused to provide him with his preferred

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

narcotic medication, Oxycontin. The district court dismissed the complaint as frivolous.

Blackwell's appellate brief is largely conclusional and asserts that the district court failed to consider the merits of his complaint. After reviewing the briefs and the record, we conclude that the district court did not abuse its discretion. *See Siglar v. Hightower,* 112 F.3d 191, 193 (5th Cir. 1997); 28 U.S.C. § 1915(e)(2)(B)(i). This appeal is without arguable merit and is dismissed as frivolous. *See Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983); 5TH CIR. R. 42.2.

APPEAL DISMISSED.